IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cr-00327-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DERRICK ANTHONY SANDOVAL,

    Defendant.

## ORDER TRANSFERRING CASE

This matter is scheduled for a three-day jury trial to commence on December 1, 2014. However, this Judge has a conflict with another previously scheduled trial also beginning December 1, 2014. With approval of Chief Judge Marcia S. Krieger and the consent of Judge Christine M. Arguello, it is ordered that this matter is transferred to Judge Christine M. Arguello.

DATED this 19th day of November, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge